AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)



Civil Action No. 3:12-cv-02034-M

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 JUL 10 PM 12: 02

DEPUTY CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**UNITED STATES DISTRICT COURT
for the
Northern District of Texas
Civil Action No: 3:12-cv-02034-M**

### Supermedia Inc. et al
vs.
### Foy et al

I hereby certify and return that today, July 5, 2012, at 1:57 PM, I served a true and attested copy of the within Summons in a Civil Action together with a copy of the Class Action Complaint and Exhibits in this action upon the within named Communication Workers of America, AFL-CIO Local 1301, by giving in hand to Thomas Bates, President, Agent in Charge. Said service was effected at: Communication Workers of America, AFL-CIO Local 1301, 10 Shuman Road, Marblehead, MA 01945.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 5, 2012.

*/s/ Mark J Snider/*

**Mark J Snider**, Process Server
& Disinterested Person over Age 18.
**Special Delivery**
5470 L.B.J. Freeway
Dallas, Texas 75240
(800) 352-7290 (214) 866-3275 Fax

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Supermedia Inc. et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:12-cv-02034-M |
| | ) | |
| Foy et al | ) | |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** Communication Workers of America, AFL-CIO Local 1301

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

> Richard Krumholz
> 2200 Ross Ave
> Suite 2800
> Dallas , TX 75201-2784

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 06/26/2012

*Signature of Clerk or Deputy Clerk*