*I AM SORRY PLEASE SEE ATTACHMENT THANK YOU FOR YOUR ATTENTION. ANNETTA*

## Annetta Farber Pugia
## 3 Old Topsfield Road
## Boxford, Massachusetts 01921

---

March 17, 2014

OBJECTION TO PROPOSED SETTLEMENT

Clerk of the Court
United States District Court
Northern District of Texas, Dallas Division,
At United States Courthouse
1100 Commerce Street, Courthouse 1306
Dallas, Texas 75242

3:12-CV-2034-G

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 4 2014
CLERK, U.S. DISTRICT COURT
By CTF
Deputy

Dear Federal Court,

Please accept this letter as a serious objection to the proposed settlement by Verizon's, (Super Media, LLC and all its so called subsidiaries), their attorneys and the retiree's attorneys.

It's been noted through the settlement proposal received by me that the retiree's attorney cut their selves a deal with Verizon's/Super Media's attorneys so they get paid $140,000 plus expenses.

I' am forwarding with this notice a copy of a letter to those attorneys which by it's attachment I would like this court to make an internal part of my objection.

What happened to my 35 years of working for Verizon and the signed early out retirement I took which included lifetime health and medical benefits?

Your acceptance of this so called settlement will set a precedent that will have a repeal effect throughout courts in the United States.

1.

Clerk of the court part II, March 17, 2014

Maybe one that in time will see the Federal Government form an agency called *Rip Off Government Employees Retiree's Fund* and than take all its value and spin it off and bankrupt it?

Than you and all federal employees no matter how long or faithfully you worked for the federal government expecting to receive your written health and medical benefits on retirement will be left with nothing!

In the case of the some 2800 retirees who lost their health and medical coverage there was many who had a written agreement/offer between Verizon and them selves that if they took early retirements there would be certain benefits paid them by Verizon.

Going past a cash contribution one of the major considerations for early retirement by those retirees was Verizon's written agreement/offer that they could keep their health and medical insurance if they accepted early retirement.

The keeping of a health and medical plan for them and their dependents was to this class of retirees a major factor in their decisions to accept Verizon's written agreement/offer.

Prior to accepting Verizon's agreement/offer none believed that Verizon would form a spin off company called Super Media and removing all Super Media's assets than bankrupt it and than stop payment on its early retirees written agreement/offer.

This court should hold these retirees in a special class from this settlement and also not release from their representation the attorneys that represented the retirees in this class action and agreed to this settlement offer. I Remain,

Sincerely,

*Annetta F Pugia*
Annetta Farber Pugia

*Annetta Farber Pugia*
*3 Old Topsfield Road*
*Boxford, Massachusetts 01921*

---

Dated March 17, 2014

Curtis L. Kennedy, Esq.
8405 East Princeton Avenue
Denver, Colorado 80237-1741

And

Robert E. Coodman, Junior, Esq.
3109 Carlisle Street
Dallas, Texas 75204

Dear Gentlemen,

Find my objection attached, now allow me to tell you both that I believe without a doubt you both secured your selves some fees and Expenses and than by order of the court forwarded a scare notice of this class action settlement mailer to all retirees selling us out!

Where did you begin to agree with Super Media on federal law ERISA before you took this action or sometime into the merits and or discovery of it?

Did you ever read and interpret the written agreement/offer Verizon made to a certain class of retirees that accepted Verizon's offer for early retirement and put that written agreement/offer against the federal ERISA? I don't believe so, for SHAME! I Remain,

Sincerely,

*[signature: Annetta F Pugia]*
Annetta Farber Pugia

cc: Clerk of the Federal Court, Dallas



## THIS IS A NOTICE OF A LAWSUIT SETTLEMENT.

*A federal court has authorized this Notice. This is not a solicitation from a lawyer.*

### YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION WHETHER YOU ACT OR DON'T ACT. PLEASE READ THE NOTICE CAREFULLY.

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SUPERMEDIA INC., ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v. § | 3:12-CV-2034-G |
| § | |
| SANDRA NOE, ET AL., § | |
| individually and on behalf of § | |
| all others similarly-situated, § | |
| § | |
| Defendants. § | |

### NOTICE OF CLASS ACTION SETTLEMENT

TO:  ALL RETIREES WHO WERE PARTICIPANTS IN SUPERMEDIA'S HEALTH AND WELFARE BENEFIT PLANS AND WHOSE RIGHTS TO BENEFITS WERE AFFECTED BY THE JUNE 25, 2012 AMENDMENTS, THE OCTOBER 15, 2012 AMENDMENTS, OR THE APRIL 30, 2013 AMENDMENTS (THE "SETTLEMENT CLASS" OR "CLASS").

The following statement is being issued by the Law Office of Curtis L. Kennedy, Kilgore & Kilgore Lawyers, and Fulbright & Jaworski LLP regarding *SuperMedia Inc., et al. v. Noe, et al.*, a civil action in the United States District Court for the Northern District of Texas, Dallas Division, No. 3:12-CV-2034-G (the "Action" or "Lawsuit").

YOU ARE HEREBY NOTIFIED that a hearing will be held on April 22, 2014 at 10:00 a.m. in the United States District Court for the Northern District of Texas, Dallas Division (the "Court"), Courtroom 1306, United States Courthouse, Dallas Division, 1100 Commerce Street, Dallas, Texas 75242, in connection with the proposed settlement (the "Settlement") of the Action. The Court will determine whether to approve the Settlement of the Action based on whether it is fair, reasonable, and adequate.

### Summary of Class Action and Proposed Settlement

This Lawsuit concerns the rights of Plaintiffs SuperMedia Inc., Dex Media, Inc., SuperMedia LLC, SuperMedia Services Inc., SuperMedia Sales Inc., Dex Media, Inc. Benefits and Compensation Committee, SuperMedia Employee Benefits Committee, and Idearc Inceptor LTD (collectively, "SuperMedia" or "Plaintiffs") to amend, modify or terminate certain of its retiree health and welfare benefit plans, under the Employee Retirement Income Security Act of 1974 ("ERISA").

Annetta Pugia
3 Old Topsfield Rd.
Boxford, MA 01921-2666

BOSTON MA 021
31 MAR 2014 PM 3 L

7524213105E

Clerk of the Court
United States District Court
Northern District of Texas, Dallas Division,
At United States Courthouse
1100 Commerce Street, Courthouse 1306
Dallas, Texas 75242



FOREVER